The last case on is Munsif v. Barr. Good morning, Mr. Munsif. I am here to represent myself and I'm holding this handkerchief because I'm putting pressure on my jaw because I just had surgery in the mouth and it hurts. And I request permission of the court to sit and talk because I'm not well. You may do that. Just please keep your voice up so that we can hear you.  Thank you. You're welcome. You may begin. I am here in part because I do not know exactly what has happened. What happened is this. I have been waiting for the outcome of my case in Philadelphia District Court. And I've been literally not been allowed to practice since 2006. I'm a medical doctor. And they keep on investigating me. And I've been expecting money from India because my family decided this too much. Stay without work. And they decided to send me money. And then the next thing I heard, which was about two years ago, was that the U.S. attorney had received the money or was going to receive the money and then give it to me. And that he had decided to give the money to some trustees. Which U.S. attorney do you remember? In Newark, New Jersey. In New Jersey? Right, for the District of New Jersey. And so I called Legal Aid here because I don't have much money. And the Legal Aid office, I think, is downstairs in this building. And they said you fill out this form and say that you object to the assignment of money to anybody other than yourself, number one. And that you object to the assignment of trustees, all of whom seem to be in conflict with your interests. So I'm here. And I have not received anything from the U.S. attorney. And the other U.S. attorneys are involved because I have a case in Philadelphia for district court. And I'm now a resident of New York City because I need a lot of medical care. So I moved from New Jersey to New York temporarily, at least. I maintain a house in New Jersey which is valued at about $400,000. And I heard that there is somebody who's gone around offering several million dollars. And I don't know if there's any truth to this. To everybody from Washington Department of Justice office to New York City Justice office. I have no idea whether all this is true. Well, but that's sort of a problem, is it not? I mean, if you have no idea whether something is true, a lawsuit requires a complaint that alleges, based on some degree of knowledge or belief, that what is true. The first question is, for example, you said you heard that your family was sending money. But do you know who was sending the money? Several members of the family who are wealthy. Well, but the complaint doesn't say anything about who they are. No names, for example. That so-and-so was sending you a specific amount of money. And it doesn't say to what bank that was sent. Now, we would typically assume that if someone has a concrete reason to believe that someone is sending the money to a particular bank or a particular bank account, they would be able to say, a named person advised me that he or she was sending a specific amount of money to a particular bank. Indeed. The Valley Bank, because that's the only bank that they know about in India. Uh-huh. And is that, you know, is there any documentation? If someone transferred money to you, wouldn't that person have some record of what they ordered transferred and where they gave it? You know, what bank in India was supposed to transfer it? When I transferred money to India, I transferred it via Valley. Yeah. So they would know that I transferred money via Valley Bank. Right, exactly. So why isn't there in your complaint any information about who sent a specific amount of money from one bank to another? Because if that was there, then someone would be able, whether or not it's appropriate for this court or we have jurisdiction or whatever, but at least someone would be able to look into this allegation and see whether this happened or not. But your complaint doesn't really give us – it sounds like you're saying, I heard that maybe this happened and maybe the amount is a million dollars or maybe it's a lot more. I had asked my family for $10 million so that I could take care of my medical expenses problem because the defendants in the Philadelphia case and the U.S. attorney are not giving me the money which I think I should get. Okay, I understand. And they said, well, I should go and work at a hospital in New Jersey. But New Jersey hospitals are all half-paid for non-white doctors and cardiologists. So obviously nobody would want to get involved in such a situation where instead of being paid $500,000, I would be paid $400 million. So I don't want to go to New Jersey and practice there. And so my family decided that obviously I need to take care of myself, and so they decided to send me money. Now which uncle or which aunt did that is something which I don't know. And part of the problem is that I'm actually the stepson of Mr. Rao, who is my stepfather here in New Jersey. And Mr. Rao and my natural father are not in good terms, and we don't talk much about the family as such. And my natural father's family is the one which has hundreds of millions or billions of dollars in India. And if they decide to support me, then the sum of money that would be transferred would be hundreds of millions. If it would be my mother's family, who are basically doctors and accountants and other professionals, then it would be $10 million, but my mother died about two and a half years ago. So you don't actually know that anyone actually did send any money, is that correct? Somebody was going to send, I don't know who. But did they send you anything in writing, for example, saying, we have sent you this, it's been wired, go pick it up? No, I think it was sent by check. Would it be a check coming to you? Right, not coming to me. They deposited it, they said, with the government officer, which is the way it is done in India, which means the U.S. Attorney for the District of New Jersey. As a check there, you believe? Right, and then he would have deposited it. Well, we have your papers. One of the things they know about is that I use Raleigh Bank because I have spent money to support some of my relatives there, and I sent it by Raleigh Bank transfer. Well, Dr. Muntz, if we have your papers, we will study them, and this is an appeal from the fact that your case was dismissed by the district court, so we will render a decision on that after we consider your papers. Right, so my only argument is that if the U.S. Attorney received it, then I should get it. If the U.S. Attorney did not receive it on my name, the check would be on my name. Right. Then nobody else has a right to have it. Thank you very much. Thank you for coming forward. Thank you. With that being the last case on our calendar, I will ask the clerk please to adjourn court. Questions adjourned. Thank you. Thank you.